Jeffrey M. Soll, Esq., SBN 246462
Email: jsoll@gmklaw.com
**GOLDMAN, MAGDALIN & KRIKES, LLP**
6300 Canoga Avenue, Suite 1400
Woodland Hills, CA 91367
Telephone: (818) 755-0444
Facsimile: (818) 755-0434

Attorneys for Plaintiff,
CITY OF MERCED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MERCED,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, Inclusive<br><br>　　　　　　Defendants. | CASE NO.: 1:15-CV-01694<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON**<br><br>Date:　　February 10, 2016<br>Time:　　1:30 p.m.<br>Court:　　Courtroom 1 (SMS)<br>Judge:　　Hon. Sandra M. Snyder |

**TO THE HONORABLE COURT:**

　　**COMES NOW** plaintiff CITY OF MERCED who hereby requests for a continuance of the Mandatory Scheduling Conference set for February 10, 2016 to a date convenient to the court in April 2016.  The basis for the request of the continuance is as follows:

　　1.　　The lawsuit was filed on November 9, 2015.

-1-

PLAINTIFF'S REQUEST FOR CONTINUANCE OF MANDATORY
SCHEDULING CONFERENCE; [PROPOSED] ORDER

2. The lawsuit was served on the defendant on or about January 5, 2016 which is compliant with Federal Rule of Civil Procedure, Rule 4.

3. Upon information and belief a responsive pleading to the Complaint by the defendant is not due until March 7, 2016.

4. No responsive pleading has been filed by the defendant as of the date of this pleading.

5. As no responsive pleading has been filed by the defendant, plaintiff is unable to comply with Federal Rule of Civil Procedure, Rule 26.

6. Since a responsive pleading will be due by March 7, 2016, it is in the interest of judicial economy and efficiency for the Mandatory Scheduling Conference to be continued to a date in April 2016.

**WHEREFORE** it is respectfully requested that the court continue the Mandatory Scheduling Conference presently scheduled for February 10, 2016 to a date in April 2016.

Dated: January 29, 2016          **GOLDMAN, MAGDALIN, & KRIKES, LLP**


                                 By:_____
                                     Jeffrey M. Soll, Esq
                                     Attorneys for Plaintiff,
                                     CITY OF MERCED

PLAINTIFF'S REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

# **O R D E R**

Upon reading the Plaintiff's Request for Continuance of Mandatory Scheduling Conference and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference be continued from February 10, 2016 to <u>     April 27, 2016     </u> at 2:00 p.m. in Courtroom 1.

Plaintiff is ordered to give notice of the ruling to defendant.


DATED: <u>2/2/2016</u>                    <u>/s/ SANDRA M. SNYDER     </u>
                                         **U.S. MAGISTRATE JUDGE**

PLAINTIFF'S REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER